USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/25/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HMM Co. Ltd.,

Plaintiff,

-against-

M/V One Apus et al.,

Defendants.

23-CV-4572 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On October 26, 2026, the Court scheduled a settlement conference in this matter for December 1, 2026, and ordered the parties, "[n]o later than one week (seven calendar days) before the conference," to "each . . . submit a confidential settlement letter to chambers by email," containing specific information regarding the parties' respective settlement positions. 10/26/26 Order (Dkt. 38) ¶ 3. The Court has not received any confidential settlement letters from the parties. Rather, on November 23, 2026, the parties submitted a joint email requesting an adjournment of the settlement conference. The Court advised the parties that any request for adjournment of the December 1 settlement conference must be made by filing an appropriate letter-motion on the public docket (and indicating whether or not all the parties consent to the adjournment). *See also* 10/26/26 Order ¶ 6; Moses Ind. Prac. § 1(b). However, no letter-motion requesting an adjournment has been filed.

The parties' deadline to submit their confidential settlement letters, in accordance with the 10/26/26 Order, is EXTENDED to **November 30, 2026**. If any of the parties intend to seek an adjournment of the December 1 settlement conference, they must *promptly* do so by filing a letter-motion on the public docket.

Dated: New York, New York
November 25, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**